# Exhibit B



**STINSON**
**MORRISON**
**HECKER**
—— LLP ——

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

NESSE, JANET M TRUSTEE                                          PAGE    3
FILE NUMBER: 767595-0623
INVOICE NO.: 10000404

FOR LEGAL SERVICES RENDERED THROUGH 04/30/12

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/03/12 | Outline letter to garnishees and 2004 exam; review all documents. JANET NESSE   2.90 hours at  435.00 per hour. | 1261.50 |
| 04/03/12 | Discuss status with Ms. Nesse on demands (548, 547). P. TANENBAUM    .10 hours at 250.00 per hour. | 25.00 |
| 04/10/12 | Discuss status with Ms. Nesse and how to proceed related to garnishees. P. TANENBAUM    .30 hours at 250.00 per hour. | 75.00 |
| 04/13/12 | Work on demands. JANET NESSE    .80 hours at  435.00 per hour. | 348.00 |
| 04/19/12 | Discuss status with the trustee on letters and responses. P. TANENBAUM    .10 hours at 250.00 per hour. | 25.00 |
| 04/20/12 | Outline tax issues on filing options. JANET NESSE    .60 hours at  435.00 per hour. | 261.00 |
| 04/23/12 | Draft a motion for Rule 2004 exam of debtor's principal's wife; review garnishment information and draft letters to garnishees for turnover of money being held and owed to debtor. P. TANENBAUM   1.60 hours at 250.00 per hour. | 400.00 |
| 04/26/12 | Discuss with Ms. Nesse; draft letters to garnishees for turnover of assets being held and finalize for mailing out after revision by Ms. Nesse. P. TANENBAUM   1.20 hours at 250.00 per hour. | 300.00 |

(handwritten annotations in left margin: L, AA E, L, AA, AA, CA, L, AA)



**STINSON
MORRISON
HECKER**
—— LLP ——

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

```
NESSE, JANET M TRUSTEE                                    PAGE    4
FILE NUMBER: 767595-0623
INVOICE NO.: 10000404

04/30/12 Edit motion for Rule 2004 exam after revision
         by Ms. Nesse, set dates and finalize for
         filing.
         P. TANENBAUM    .20 hours at  250.00 per hour.        50.00



                                  TOTAL SERVICES        2745.50
```

```
            DISBURSEMENTS ADVANCED THROUGH 04/30/12


     DATE                DESCRIPTION                    AMOUNT

 04/26/12 Photocopies, 92 copies by Tara Shankar           18.40


                         TOTAL DISBURSEMENTS             18.40
```



**STINSON**
**MORRISON**
**HECKER**
—— LLP ——

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee                                          PAGE    3
FILE NUMBER: 0767595-0623
INVOICE NO.: 10004510

FOR LEGAL SERVICES RENDERED THROUGH 05/31/12

| | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| AA | 05/02/12 | Preference review.<br>Janet Nesse   1.10 hours at  435.00 per hour. | 478.50 |
| AA | 05/02/12 | Speak with counsel for Insight about garnishment, inform Ms. Nesse, and follow up with request for documents.<br>P. Tanenbaum    .40 hours at 250.00 per hour. | 100.00 |
| AA | 05/03/12 | Review information from Insights and inform Ms. Nesse.<br>P. Tanenbaum    .20 hours at  250.00 per hour. | 50.00 |
| AA | 05/07/12 | Speak with counsel to McDonald's regarding payment to trustee and update Ms. Nesse.<br>P. Tanenbaum    .40 hours at  250.00 per hour. | 100.00 |
| AA | 05/08/12 | Review statement of financial affairs for preferences; research company information and resident agents; draft demand letters for recovery of preferences; and calendar deadlines.<br>P. Tanenbaum   2.90 hours at  250.00 per hour. | 725.00 |
| AA | 05/09/12 | Discuss demand letters with Ms. Nesse and finalize for mailing out (0.2); discuss McDonald's payment with Ms. Johnson and send W-9 form to counsel as well as request for proof of any credit (0.3).<br>P. Tanenbaum    .50 hours at  250.00 per hour. | 125.00 |
| CA | 05/14/12 | Correspondence with Pateeh on lien and garnishment issues.<br>Janet Nesse    .60 hours at  435.00 per hour. | 261.00 |



**STINSON
MORRISON
HECKER**
—— LLP ——

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee                                                PAGE    4
FILE NUMBER: 0767595-0623
INVOICE NO.: 10004510

*AA* 05/14/12 Speak with counsel for Partech and update Ms.
             Nesse.
             P. Tanenbaum    .20 hours at  250.00 per hour.           50.00

*AA* 05/16/12 Review preferential payment information with
             Fastenal; communicate with Fastenal and
             update Ms. Nesse.
             P. Tanenbaum    .40 hours at  250.00 per hour.          100.00

*AA* 05/17/12 Review preference correspondence.
             Janet Nesse    .30 hours at  435.00 per hour.           130.50

*AA* 05/17/12 Return call to Visa regarding preference and
             update Ms. Nesse; and discuss how to proceed
             with Insight with Ms. Nesse.
             P. Tanenbaum    .70 hours at  250.00 per hour.          175.00

*AA* 05/18/12 Review information from Accordia Consulting
             regarding preferences.
             P. Tanenbaum    .30 hours at  250.00 per hour.           75.00

*AA* 05/21/12 Review responses to preference demands.
             Janet Nesse    .60 hours at  435.00 per hour.           261.00

*AA* 05/21/12 Review checks and information received from
             Comstar and Accordia related to preferences
             and discuss with Ms. Nesse(0.4); communicate
             with Comstar to request account statement
             (0.1); write to debtor's counsel for VISA
             card information and discuss with Ms. Nesse
             (0.3).
             P. Tanenbaum    .80 hours at  250.00 per hour.          200.00

*AA* 05/22/12 Review and discuss response from CD Gateway
             with Ms. Nesse related to preference (0.4);
             review and discuss response from Google
             counsel with Ms. Nesse (0.2); and review and
             organize information from companies about
             preferences and inform Ms. Nesse (0.9).
             P. Tanenbaum    1.50 hours at  250.00 per hour.         375.00



**STINSON
MORRISON
HECKER**
—— LLP ——

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee
FILE NUMBER: 0767595-0623                                    PAGE    5
INVOICE NO.: 10004510

05/23/12 Request ledger from counsel for CD Gateway
         and review ledger (0.3); speak with Comstar
         about preferences and update Ms. Nesse (0.3);
         and review information from debtor's
         president's wife's counsel (0.1).
         P. Tanenbaum    .70 hours at  250.00 per hour.          175.00

05/24/12 Discuss service on president's wife with Mr.
         Block and update Ms. Nesse on need to
         reschedule the Rule 2004 exam (0.1); and
         speak with GlobalTech's counsel and update
         Ms. Nesse regarding demand letter (0.4).
         P. Tanenbaum    .50 hours at  250.00 per hour.          125.00

05/29/12 Discuss rescheduling Rule 2004 exams with Ms.
         Nesse and Mr. Block and discuss GlobalTech's
         response regarding preference with Ms. Nesse.

         P. Tanenbaum    .20 hours at  250.00 per hour.           50.00

05/31/12 Discuss account statement with Comstar
         Federal Credit Union with Ms. Nesse and sit
         in on phone call between Ms. Nesse and
         Comstar regarding garnished amount (0.3);
         prepare information for Mr. Block for
         upcoming Rule 2004 exams (0.4); and discuss
         issues from debtor's counsel with Ms. Nesse
         (0.1).
         P. Tanenbaum    .80 hours at  250.00 per hour.          200.00


                           TOTAL SERVICES        3756.00



PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

**STINSON**
**MORRISON**
**HECKER**
——— LLP ———

Nesse, Janet M Trustee                                        PAGE    6
FILE NUMBER: 0767595-0623
INVOICE NO.: 10004510

DISBURSEMENTS ADVANCED THROUGH 05/31/12

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/09/12 | Photocopies, 38 copies by Tara Shankar | 7.60 |
| | TOTAL DISBURSEMENTS | 7.60 |



**STINSON MORRISON HECKER**
——— LLP ———

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee
FILE NUMBER: 0767595-0623
INVOICE NO.: 10008094

PAGE    3

FOR LEGAL SERVICES RENDERED THROUGH 06/30/12

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/01/12 | Draft amended notice of 2004 exam and discuss with Mr. Block.<br>P. Tanenbaum    .20 hours at  250.00 per hour. | 50.00 |
| 06/04/12 | Finalize amended notice of 2004 exam after revision by Ms. Nesse (0.1); obtain information for Mr. Block on recharacterization of debt as equity (0.2).<br>P. Tanenbaum    .30 hours at  250.00 per hour. | 75.00 |
| 06/07/12 | K. McDonough regarding Comstar FCU.<br>Janet Nesse    .30 hours at  435.00 per hour. | 130.50 |
| 06/07/12 | Review accordia information and tax issues.<br>Janet Nesse    1.30 hours at  435.00 per hour. | 565.50 |
| 06/08/12 | Review documents provided for deposition.<br>Janet Nesse    1.00 hours at  435.00 per hour. | 435.00 |
| 06/11/12 | Locate recharacterization of debt as equity case law and discuss with Ms. Nesse (0.4); and ask Ms. Nesse about examining McMillan Metro, P.C. and update Mr. Block (0.1).<br>P. Tanenbaum    .50 hours at  250.00 per hour. | 125.00 |
| 06/13/12 | Draft a Rule 2004 exam motion of McMillan Metro, P.C., exhibit, proposed order, and subpoena.<br>P. Tanenbaum    .90 hours at  250.00 per hour. | 225.00 |



**STINSON**
**MORRISON**
**HECKER**
—— LLP ——

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee                                          PAGE    4
FILE NUMBER: 0767595-0623
INVOICE NO.: 10008094

06/14/12 Review status of preferences demands and
         discuss with Ms. Nesse (0.3); discuss
         subpoena of McMillan Metro, P.C. with Ms.
         Nesse (0.1); discuss documents produced from
         wife with Ms. Nesse and other documents
         requested and inform Mr. Block (0.1).
         P. Tanenbaum    .50 hours at  250.00 per hour.        125.00

06/20/12 Draft complaints to avoid and recover
         preferences and cover sheets and research
         company information.
         P. Tanenbaum   1.90 hours at  250.00 per hour.        475.00

06/21/12 Prepare documents for Mr. Block for upcoming
         2004 exams of Newfield and Washington Open
         MRI (0.5); discuss complaints with Ms. Nesse
         and research for resident agent and finalize
         complaints for filing after revision by Ms.
         Nesse (0.7).
         P. Tanenbaum   1.20 hours at  250.00 per hour.        300.00

06/25/12 Analyze claim against McMillan/metro.
         Janet Nesse   1.30 hours at  435.00 per hour.         565.50

06/25/12 Review affidavits of service of complaints
         and finalize for filing; and calendar key
         dates (0.2); and review motions for
         protective order and inform Ms. Nesse and Mr.
         Block (0.4).
         P. Tanenbaum    .60 hours at  250.00 per hour.        150.00

06/28/12 Review information from America Express
         regarding preferences and settlement offer
         and inform Ms. Nesse.
         P. Tanenbaum    .20 hours at  250.00 per hour.         50.00


                                    TOTAL SERVICES           3271.50



**STINSON**
**MORRISON**
**HECKER**
—— LLP ——

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee
FILE NUMBER: 0767595-0623                                        PAGE    5
INVOICE NO.: 10008094


DISBURSEMENTS ADVANCED THROUGH 06/30/12

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/21/12 | Photocopies, 116 copies by Tara Shankar | 23.20 |
| 06/21/12 | Photocopies, 911 copies by Tara Shankar | 182.20 |
| 05/23/12 | Service of subpoena as requested by Janet Nesse | 55.00 |
| | TOTAL DISBURSEMENTS | 260.40 |



**STINSON**
**MORRISON**
**HECKER**
——— LLP ———

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee                                          PAGE    3
FILE NUMBER: 0767595-0623
INVOICE NO.: 10011108

### FOR LEGAL SERVICES RENDERED THROUGH 07/31/12

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02/12 | Discuss protective order motion with Ms. Nesse (0.1); and research and inform Ms. Nesse of Partech garnishment payment (0.2). P. Tanenbaum    .30 hours at   250.00 per hour. | 75.00 |
| 07/03/12 | Discuss motion for protective order with Ms. Nesse and Mr. Block and how to proceed; research case law on attorney client privilege and waiver of conflict of interest and begin to draft response to motion for protective order. P. Tanenbaum   1.50 hours at   250.00 per hour. | 375.00 |
| 07/04/12 | Research case law for opposition to motion for protective order and continue to draft opposition. P. Tanenbaum   1.60 hours at   250.00 per hour. | 400.00 |
| 07/05/12 | Draft opposition to motion for protective order; edit after revision by Mr. Block; shepardize cases; edit after further revision by Mr. Block and finalize for filing. P. Tanenbaum   3.60 hours at   250.00 per hour. | 900.00 |
| 07/06/12 | Review AMEX claim, preference and workon settlement. Janet Nesse   2.00 hours at   435.00 per hour. | 870.00 |



**STINSON**
**MORRISON**
**HECKER**
— LLP —

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee                                              PAGE    4
FILE NUMBER: 0767595-0623
INVOICE NO.: 10011108

07/06/12  Discuss settlement offer from American
          Express with Ms. Nesse and follow up with
          counsel for American Express with a
          counteroffer (0.3); and order CD from meeting
          of creditors from United States Trustee
          Office (0.2).
          P. Tanenbaum    .50 hours at  250.00 per hour.              125.00

07/10/12  Draft 9019 motions to resolve adversary
          proceeding against American Express, notices,
          proposed orders, and certificates of mailing
          to be filed in both the main and adversary
          proceedings and related line.
          P. Tanenbaum   1.50 hours at  250.00 per hour.              375.00

07/13/12  Edit 9019 after revision by Ms. Nesse and
          send to opposing counsel fore review and
          approval.
          P. Tanenbaum    .60 hours at  250.00 per hour.              150.00

07/16/12  Outline suit against Newfield.
          Janet Nesse   1.10 hours at  435.00 per hour.               478.50

07/17/12  Follow up with counsel for American Express
          regarding 9019s; review settlement agreement
          and discuss with Ms. Nesse and send to
          opposing counsel; and finalize 9019s for
          filing.
          P. Tanenbaum   1.00 hours at  250.00 per hour.              250.00

07/19/12  Review Newfield Complaint.
          Janet Nesse    .80 hours at  435.00 per hour.               348.00

07/19/12  Follow up with US Trustee Office regarding
          341 transcript and update Ms. Nesse (0.1);
          and work on complaint related to wife's
          alleged lien on receivables (1.6).
          P. Tanenbaum   1.70 hours at  250.00 per hour.              425.00



**STINSON**
**MORRISON**
**HECKER**
—— LLP ——

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee                                      PAGE    5
FILE NUMBER: 0767595-0623
INVOICE NO.: 10011108

L  07/20/12  Draft complaint to determine extent,
             priority, and validity of lien; to
             recharacterize debt as equity; and void lien
             as fraudulent transfer; draft cover sheet;
             edit after revision by Ms. Nesse and Mr.
             Block and finalize for filing.
             P. Tanenbaum   4.50 hours at  250.00 per hour.          1125.00

L  07/23/12  Call court regarding how to correct a filing
             to redact information; draft a motion to
             restrict exhibits from public view and to
             replace them with redacted versions and
             proposed order; edit after revision by Mr.
             Block and finalize for filing (1.2); and
             check on status of adversary proceeding
             against TCInstallers, LLC and update Ms.
             Nesse (0.1).
             P. Tanenbaum   1.30 hours at  250.00 per hour.           325.00

L  07/24/12  Inform Ms. Nesse of no answer from
             TCInstallers, LLC.
             P. Tanenbaum    .10 hours at  250.00 per hour.            25.00

L  07/25/12  Calendar key dates; and finalize affidavit of
             service of summons and complaint on Newfield
             for filing.
             P. Tanenbaum    .30 hours at  250.00 per hour.            75.00

L  07/26/12  Review CD of 341 meeting and draft a letter
             to reporter to have meeting transcribed.
             P. Tanenbaum    .30 hours at  250.00 per hour.            75.00


                                    TOTAL SERVICES      6396.50



**STINSON
MORRISON
HECKER**
—— LLP ——

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee                                         PAGE    6
FILE NUMBER: 0767595-0623
INVOICE NO.: 10011108

DISBURSEMENTS ADVANCED THROUGH 07/31/12

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/05/12 | Photocopies, 12 copies by Tara Shankar | 2.40 |
| 07/06/12 | Photocopies, 4 copies by Tara Shankar | 0.80 |
| 06/30/12 | Service of subpoena as requested by Janet Nesse | 119.42 |
|  | TOTAL DISBURSEMENTS | 122.62 |



PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

**STINSON**
**MORRISON**
**HECKER**
— LLP —

Nesse, Janet M Trustee
FILE NUMBER: 0767595-0623
INVOICE NO.: 10015111

PAGE    3

### FOR LEGAL SERVICES RENDERED THROUGH 08/31/12

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/01/12 | Discuss status with Ms. Nesse and need to request default against TCInstallers.<br>P. Tanenbaum    .10 hours at  250.00 per hour. | 25.00 |
| 08/02/12 | Draft a request for entry of default against TCInstallers, motion for default judgment, affidavit and proposed order (1.1); and review certificate of service of offer of judgment and inform Ms. Nesse and Mr. Block (0.1).<br>P. Tanenbaum    1.20 hours at  250.00 per hour. | 300.00 |
| 08/03/12 | Return call to counsel for TCInstallers, review settlement offer, and inform Ms. Nesse.<br>P. Tanenbaum    .30 hours at  250.00 per hour. | 75.00 |
| 08/07/12 | Return call to transcriber regarding information needed from the 341 meeting of creditors (0.1); and follow up with counsel for TCInstallers (0.1).<br>P. Tanenbaum    .20 hours at  250.00 per hour. | 50.00 |
| 08/13/12 | Discuss settlement offer with Ms. Nesse and follow up with counsel for TCInstallers.<br>P. Tanenbaum    .50 hours at  250.00 per hour. | 125.00 |
| 08/15/12 | Review court instruction related to default motion; draft a certificate of service to include service on resident agent and discuss with Ms. Nesse.<br>P. Tanenbaum    .60 hours at  250.00 per hour. | 150.00 |



**STINSON
MORRISON
HECKER**
——— LLP ———

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee                                          PAGE    4
FILE NUMBER: 0767595-0623
INVOICE NO.: 10015111

L  08/20/12 Review motion for miscellaneous relief.
            P. Tanenbaum    .10 hours at  250.00 per hour.          25.00

L  08/22/12 Calculate and inform counsel for Solheim of
            funds recovered and update Ms. Nesse (0.4);
            follow up with counsel for McDonald's for
            payment (0.4); and review update from counsel
            for TCInstallers and inform Ms. Nesse (0.2).

            P. Tanenbaum   1.00 hours at  250.00 per hour.         250.00

AA 08/27/12 Determine accounts receivables already
            covered in demand letters and paid, draft
            more demand letters for aged accounts
            receivables, and discuss with Ms. Nesse
            (1.4); review information from McDonald's
            counsel regarding credit for double payment
            and discuss with Ms. Nesse (0.3); finalize
            demand letters for mailing out after revision
            by Ms. Nesse, write to McDonald's counsel
            regarding two smaller accounts receivables
            and update Ms. Nesse (0.6).
            P. Tanenbaum   2.30 hours at  250.00 per hour.         575.00

L  08/28/12 Review answer filed by debtor's principal's
            wife and discuss with Ms. Nesse.
            P. Tanenbaum    .50 hours at  250.00 per hour.         125.00


                              TOTAL SERVICES     1700.00


                              TOTAL DISBURSEMENTS     0.00



**STINSON**
**MORRISON**
**HECKER**
—— LLP ——

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

NESSE, JANET M TRUSTEE                                          PAGE    3
FILE NUMBER: 767595-0623
INVOICE NO.: 9996458

FOR LEGAL SERVICES RENDERED THROUGH 03/31/12

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/08/12 | Speak with creditor counsel and do suggestion - State Court suit.<br>JANET NESSE   1.30 hours at  435.00 per hour. | 565.50 |
| 03/09/12 | Review documents.<br>JANET NESSE   1.10 hours at  435.00 per hour. | 478.50 |
| 03/12/12 | Meeting on counsel for creditor; review documents and pleadings.<br>JANET NESSE   3.00 hours at  435.00 per hour. | 1305.00 |
| 03/14/12 | Review tax returns; research conversion and fraudulent conveyance.<br>JANET NESSE   1.40 hours at  435.00 per hour. | 609.00 |
| 03/21/12 | Draft and File Notice of Assets and Application to Retain SMH (Electronic Systems, Inc.)<br>RENEE A JOHNSON   2.00 hours at  150.00 per hour. | 300.00 |
| 03/29/12 | Discuss status with Ms. Nesse.<br>P. TANENBAUM   .10 hours at  250.00 per hour. | 25.00 |

                                        TOTAL SERVICES      3283.00


                                        TOTAL DISBURSEMENTS      0.00



**STINSON**
**MORRISON**
**HECKER**
———— LLP ————

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee                                          PAGE    3
FILE NUMBER: 0767595-0623
INVOICE NO.: 10017955

FOR LEGAL SERVICES RENDERED THROUGH 09/30/12

DATE                    DESCRIPTION                              AMOUNT

09/10/12  Speak to PMH regarding Pretrial Conference
          status.
          Janet Nesse    .30 hours at  435.00 per hour.         130.50

09/10/12  Check pre-trial status and update Ms. Nesse.
          P. Tanenbaum   .20 hours at  250.00 per hour.          50.00

09/11/12  Prepare a proposed scheduling order and send
          to opposing counsel for review and approval
          after revision by Ms. Nesse (0.4); prepare
          documents for Ms. Nesse for upcoming 9019
          hearing (0.4); prepare entry of appearance
          (0.1); prepare motion to consolidate cases
          and a proposed order and send to opposing
          counsel for review and approval after
          revision by Ms. Nesse and update Mr. Block
          (0.7); re-send documents to opposing counsel
          in word format for edits (0.1); review
          opposing counsel's changes (0.1); and begin
          reviewing transcripts for Ms. Nesse for
          upcoming 9019 hearing (0.2).
          P. Tanenbaum   2.00 hours at  250.00 per hour.        500.00

09/12/12  Review transcripts.
          Janet Nesse    .30 hours at  435.00 per hour.         130.50

09/12/12  Review Scheduling Order and Motion to
          Dismiss; speak to defendant's counsel.
          Janet Nesse    1.00 hours at  435.00 per hour.        435.00



**STINSON
MORRISON
HECKER**
—— LLP ——

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee                                           PAGE    4
FILE NUMBER: 0767595-0623
INVOICE NO.: 10017955

L   09/12/12 Discuss with Ms. Nesse (0.2); review
             deposition transcripts and summarize key
             points for Ms. Nesse (1.3); revise affidavit
             of service of summons and complaint and
             finalize for filing and calendar key dates
             and deadlines (0.2); prepare for pretrial
             conference (1.5); and revise Rule 26(f)
             statement and motion to consolidate and send
             to opposing counsel for review and approval
             and finalize for filing (0.5).
             P. Tanenbaum   3.70 hours at  250.00 per hour.           925.00

  L  09/13/12 Prepare for and attend pretrial conference;
             communicate with court and opposing counsel
             to change pretrial and trial dates; draft a
             revised scheduling order and finalize for
             filing.
             P. Tanenbaum   1.90 hours at  250.00 per hour.           475.00

  L  09/14/12 Discuss with Ms. Nesse and prepare deposition
             transcript copies for upcoming hearing.
             P. Tanenbaum   .20 hours at  250.00 per hour.             50.00

  L  09/19/12 Assist Ms. Nesse in preparing for upcoming
             9019 hearing and organize exhibits.
             P. Tanenbaum   .60 hours at  250.00 per hour.            150.00

  L  09/20/12 Discuss 9019 outcome with Ms. Nesse and how
             to proceed (0.2); and inform Ms. Nesse of
             demand letter response (0.2).
             P. Tanenbaum   .40 hours at  250.00 per hour.            100.00

 AA  09/27/12 Review information from counsel for Volumatic
             UK related to demand letter and update Ms.
             Nesse.
             P. Tanenbaum   .20 hours at  250.00 per hour.             50.00


                                        TOTAL SERVICES       2996.00



**STINSON
MORRISON
HECKER**
—— LLP ——

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee                                         PAGE    3
FILE NUMBER: 0767595-0623
INVOICE NO.: 10022075

FOR LEGAL SERVICES RENDERED THROUGH 10/31/12

| | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| AA | 10/01/12 | Follow up with counsel for Panasonic related to demand letter; update Ms. Nesse; and inform Ms. Kim to send counsel a W-9 form for payment.<br>    P. Tanenbaum   .30 hours at  250.00 per hour. | 75.00 |
| AA | 10/02/12 | Send Panasonic counsel a W-9 form and discuss with Ms. Kim.<br>    P. Tanenbaum   .10 hours at  250.00 per hour. | 25.00 |
| L | 10/03/12 | Review claims and suits.<br>    Janet Nesse    .80 hours at  435.00 per hour. | 348.00 |
| L | 10/04/12 | Discuss status of demand letters with Ms. Nesse and how to proceed (0.2); draft five complaints for turnover of property belonging to the estate and cover sheets; research company information and for registered agents' information (2.8); and follow up with counsel for Big Gee Enterprises regarding turnover of outstanding invoices (0.2).<br>    P. Tanenbaum  3.20 hours at  250.00 per hour. | 800.00 |
| L | 10/05/12 | Discuss five complaints with Ms. Nesse.<br>    P. Tanenbaum   .20 hours at  250.00 per hour. | 50.00 |
| L | 10/08/12 | Finalize complaints for filing after revision by Ms. Nesse.<br>    P. Tanenbaum   .80 hours at  250.00 per hour. | 200.00 |
| AA | 10/09/12 | Communicate with counsel for Panasonic about release and discuss with Ms. Nesse.<br>    P. Tanenbaum   .20 hours at  250.00 per hour. | 50.00 |



**STINSON
MORRISON
HECKER**
—— LLP ——

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee                                          PAGE    4
FILE NUMBER: 0767595-0623
INVOICE NO.: 10022075

*AA*  10/10/12 Review release and discuss with Ms. Nesse.
              P. Tanenbaum    .30 hours at  250.00 per hour.          75.00

*AA*  10/12/12 Call counsel for Volumatic UK for status.
              P. Tanenbaum    .10 hours at  250.00 per hour.          25.00

*AA*  10/15/12 Discuss status of Panasonic release with Ms.
*L*            Nesse (0.1); discuss extension for counsel
              for Volumatic UK to respond to demand letter
              with Ms. Nesse (0.1); review affidavits of
              service, finalize for filing; and calendar
              key dates (0.3).
              P. Tanenbaum    .50 hours at  250.00 per hour.         125.00

      10/22/12 Review information from counsel for Volumatic
*AA*           UK and inform Ms. Nesse and inform Ms. Nesse
*L*            and Mr. Block of service of discovery
              requests.
              P. Tanenbaum    .50 hours at  250.00 per hour.         125.00

*L*   10/23/12 Research on jurisdiction regarding claim.
              Janet Nesse    .70 hours at  435.00 per hour.         304.50

*CA*  10/23/12 Tax issues - calls and emails with accountant.
              Janet Nesse    .70 hours at  435.00 per hour.         304.50

*L*   10/23/12 Return call to counsel for McDonald's
              regarding adversary proceedings and update
              Ms. Nesse.
              P. Tanenbaum    .30 hours at  250.00 per hour.          75.00


                              TOTAL SERVICES      2582.00



**STINSON
MORRISON
HECKER**
——— LLP ———

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee                                             PAGE    5
FILE NUMBER: 0767595-0623
INVOICE NO.: 10022075

DISBURSEMENTS ADVANCED THROUGH 10/31/12

DATE                    DESCRIPTION                        AMOUNT

10/25/12 Photocopies, 39 copies by Tara Shankar                      7.80


                          TOTAL DISBURSEMENTS            7.80



**STINSON
MORRISON
HECKER**
——— LLP ———

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee                                         PAGE    3
FILE NUMBER: 0767595-0623
INVOICE NO.: 10026125

### FOR LEGAL SERVICES RENDERED THROUGH 11/30/12

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/01/12 | Review information from registered agent for Jt and TS Enterprises and discuss with Ms. Nesse.<br>P. Tanenbaum     .40 hours at  265.00 per hour. | 106.00 |
| 11/02/12 | Outline notice of deposition and of judgment TC Installers.<br>Janet Nesse     .70 hours at  435.00 per hour. | 304.50 |
| 11/02/12 | Draft a response to registered agent regarding payment for software being used (0.6); review information from Ms. Davis regarding BMD Enterprise and discuss with Ms. Nesse (0.3); and draft a notice of post-judgment deposition and exhibit of documents to produce of TCInstallers LLC, and discuss with Ms. Nesse (1.1).<br>P. Tanenbaum   2.00 hours at  265.00 per hour. | 530.00 |
| 11/05/12 | Finalize notice of deposition in aid of judgment for filing after revision by Ms. Nesse.<br>P. Tanenbaum     .40 hours at  265.00 per hour. | 106.00 |
| 11/06/12 | Work on discovery responses.<br>P. Tanenbaum   2.50 hours at  265.00 per hour. | 662.50 |
| 11/07/12 | Work on discovery responses (Newfield adversary), including review of answer for facts stated and disputed by trustee.<br>P. Tanenbaum   2.60 hours at  265.00 per hour. | 689.00 |



**STINSON
MORRISON
HECKER**
——— LLP ———

PO Box 843052
Kansas City, MO 64184-3052
1 800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee                                          PAGE    4
FILE NUMBER: 0767595-0623
INVOICE NO.: 10026125

*CA*   11/08/12  Conference call with firm accountant, MEA and
                 L. Strauss on tax election and consequences -
                 discuss how to proceed.
                 Janet Nesse   1.10 hours at  500.00 per hour.        550.00

*L*    11/08/12  Work on discovery responses and discuss with
                 Ms. Nesse.
                 P. Tanenbaum    .60 hours at  265.00 per hour.       159.00

*NN*   11/09/12  Organize and review information in file and
                 discuss with Ms. Nesse.
                 P. Tanenbaum    .70 hours at  265.00 per hour.       185.50

*L*    11/13/12  Review responses adversaries.
                 Janet Nesse    .80 hours at  500.00 per hour.        400.00

*L*    11/14/12  Check is answers were filed; discuss status
                 of adversary proceedings with Ms. Nesse and
                 need to file for default.
                 P. Tanenbaum    .30 hours at  265.00 per hour.        79.50

*L*    11/19/12  Review default motions.
                 Janet Nesse    .40 hours at  500.00 per hour.        200.00

*L*    11/19/12  Discuss discovery responses with Ms. Nesse,
                 send Ms. Nesse information and follow up with
                 defendant's counsel (0.7); and draft default
                 documents for five adversary proceedings and
                 finalize for filing after revision by Ms.
                 Nesse (2.5).
                 P. Tanenbaum   3.20 hours at  265.00 per hour.       848.00

*L*    11/20/12  Update discovery responses.
                 P. Tanenbaum    .70 hours at  265.00 per hour.       185.50

*L*    11/21/12  Calendar key dates and deadlines (0.2);
                 update discovery responses and draft a
                 certificate of service for discovery
                 responses (0.7); and review court instruction
                 regarding venue for adversary proceedings and
                 inform Ms. Nesse (0.2).
                 P. Tanenbaum   1.10 hours at  265.00 per hour.       291.50



**STINSON
MORRISON
HECKER**
—— LLP ——

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

Kansas City | St. Louis | Phoenix | Denver | Washington, D.C.
Omaha | Wichita | Overland Park | Jefferson City | Decatur

Nesse, Janet M Trustee                                           PAGE    5
FILE NUMBER: 0767595-0623
INVOICE NO.: 10026125

11/27/12  Attend pretrials.
          Janet Nesse   1.00 hours at  500.00 per hour.           500.00


                              TOTAL SERVICES      5797.00



            DISBURSEMENTS ADVANCED THROUGH 11/30/12


      DATE                    DESCRIPTION                     AMOUNT

11/01/12 Photocopies, 1 copies by Phyllicia M H                0.20
         Tanenbaum



                    TOTAL DISBURSEMENTS           0.20

# Stinson Morrison Hecker LLP

**Invoice Detail**

File No. 0767595-0623
Invoice No. 10030003

Page 2

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Janet Nesse | Partner | 500.00 | 3.60 | 1,800.00 |
| Phyllicia M H Tanenbaum | Associate | 265.00 | 7.30 | 1,934.50 |
| **Total Professional Services** | | | **10.90** | **$3,734.50** |

## Professional Services

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/05/12 | Phyllicia M H Tanenbaum | Discuss venue issues and status of adversary proceedings with Ms. Nesse. | 265.00 | 0.20 | 53.00 |
| 12/06/12 | Phyllicia M H Tanenbaum | Work on discovery responses with Ms. Nesse and Mr. Block. | 265.00 | 1.90 | 503.50 |
| 12/07/12 | Janet Nesse | Review Motion and finalize and review final discovery. | 500.00 | 0.80 | 400.00 |
| 12/07/12 | Phyllicia M H Tanenbaum | Review transcripts for Mr. Block; edit discovery responses after revision by Ms. Nesse and Mr. Block; and finalize for sending to opposing counsel and filing certificate with the Court. | 265.00 | 1.10 | 291.50 |
| 12/10/12 | Phyllicia M H Tanenbaum | Research defendants for connections to Maryland and discuss with Ms. Nesse; draft a line in each adversary proceeding withdrawing complaint without prejudice and finalize for filing. | 265.00 | 2.20 | 583.00 |
| 12/11/12 | Janet Nesse | Prepare for and attend TC Installers deposition. | 500.00 | 2.00 | 1,000.00 |
| 12/12/12 | Janet Nesse | Deposition and discovery. | 500.00 | 0.30 | 150.00 |
| 12/13/12 | Phyllicia M H Tanenbaum | Follow up with counsel for Panasonic regarding need for a 9019. | 265.00 | 0.20 | 53.00 |
| 12/14/12 | Phyllicia M H Tanenbaum | Draft 9019 documents regarding payment from Panasonic and communicate with opposing counsel; discuss with Ms. Nesse; and finalize for filing after revision by Ms. Nesse. | 265.00 | 1.00 | 265.00 |

**tinson Morrison Hecker LLP**                          **Invoice Detail**

File No. 0767595-0623                                    Page 3
Invoice No. 10030003

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 12/17/12 | Phyllicia M H Tanenbaum | Follow up with court regarding status of pretrial conferences in adversary proceedings and update Ms. Nesse. | 265.00 | 0.20 | 53.00 |
| 12/19/12 | Phyllicia M H Tanenbaum | Review recent tax information information from TC Installers' counsel and update Ms. Nesse. | 265.00 | 0.40 | 106.00 |
| 12/20/12 | Phyllicia M H Tanenbaum | Discuss tax information with Ms. Nesse for TCInstallers. | 265.00 | 0.10 | 26.50 |
| 12/21/12 | Janet Nesse | Review TC Installers information. | 500.00 | 0.50 | 250.00 |
| | | **Total Professional Services** | | **10.90** | **$3,734.50** |

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 11/27/12 | Mileage by Janet M Nesse - DC/MD Travel to hearing. | 11.10 |
| | **Total Disbursements** | **$11.10** |

**Stinson Morrison Hecker LLP**

**Invoice Detail**

File No. 0767595-0623
Invoice No. 10033713

Page 2

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Phyllicia Tanenbaum | Associate | 265.00 | 0.50 | 132.50 |
| **Total Professional Services** | | | **0.50** | **$132.50** |

## Professional Services

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/10/13 | Phyllicia Tanenbaum | Discuss 9019 approval with Ms. Nesse; send executed release to opposing counsel; and follow up with opposing counsel for Panasonic. | 265.00 | 0.40 | 106.00 |
| 01/31/13 | Phyllicia Tanenbaum | Check status of adversary proceeding. | 265.00 | 0.10 | 26.50 |
| | | **Total Professional Services** | | **0.50** | **$132.50** |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 12/20/12 | Deposition as requested by Janet M Nesse to Capital Reporting Company Invoice 103393 for Deposition Transcript | 165.00 |
| 01/03/13 | Pacer, invoice #MH0030-Q42012 requested by J Jones | 2.90 |
| | **Total Disbursements** | **$167.90** |

**Stinson Morrison Hecker LLP**

**Invoice Detail**

File No. 0767595-0623

Page 2

Invoice No. 10037088

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Janet Nesse | Partner | 450.00 | 2.10 | 945.00 |
| Phyllicia Tanenbaum | Associate | 265.00 | 2.50 | 662.50 |
| **Total Professional Services** | | | **4.60** | **$1,607.50** |

## Professional Services

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/07/13 | Phyllicia Tanenbaum | Prepare discovery requests, including admissions, interrogatories, and document production, and a certificate of discovery. | 265.00 | 1.70 | 450.50 |
| 02/08/13 | Phyllicia Tanenbaum | Work on discovery requests and discuss with Ms. Nesse and Mr. Block. | 265.00 | 0.70 | 185.50 |
| 02/21/13 | Janet Nesse | Work on discovery. | 450.00 | 2.10 | 945.00 |
| 02/21/13 | Phyllicia Tanenbaum | Discuss discovery requests with Ms. Nesse. | 265.00 | 0.10 | 26.50 |
| | | **Total Professional Services** | | **4.60** | **$1,607.50** |

**Stinson Morrison Hecker LLP**                              **Invoice Detail**

File No. 0767595-0623                                              Page 2
Invoice No. 10039005

| Timekeeper Summary | | | | |
| --- | --- | --- | --- | --- |
| Timekeeper | Title | Rate | Hours | Amount |
| Janet Nesse | Partner | 450.00 | 3.40 | 1,530.00 |
| Phyllicia Tanenbaum | Associate | 265.00 | 0.60 | 159.00 |
| **Total Professional Services** | | | **4.00** | **$1,689.00** |

| Professional Services | | | | | |
| --- | --- | --- | --- | --- | --- |
| Date | Timekeeper | Description | Rate | Hours | Amount |
| 03/05/13 | Phyllicia Tanenbaum | Inform Ms. Nesse of discovery deadline. | 265.00 | 0.10 | 26.50 |
| 03/07/13 | Phyllicia Tanenbaum | Discuss discovery status with Ms. Nesse. | 265.00 | 0.10 | 26.50 |
| 03/08/13 | Janet Nesse | Research on legal malpractice matter regarding conflicts and secured claim. | 450.00 | 3.10 | 1,395.00 |
| 03/08/13 | Phyllicia Tanenbaum | Discuss discovery with Ms. Nesse and how to proceed. | 265.00 | 0.40 | 106.00 |
| 03/13/13 | Janet Nesse | Follow up on bank account. | 450.00 | 0.30 | 135.00 |
| | | **Total Professional Services** | | **4.00** | **$1,689.00** |

**Stinson Morrison Hecker LLP**

**Invoice Detail**

File No. 0767595-0623
Invoice No. 10045924

Page 2

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Janet Nesse | Partner | 450.00 | 1.50 | 675.00 |
| Phyllicia Tanenbaum | Associate | 265.00 | 0.10 | 26.50 |
| **Total Professional Services** | | | **1.60** | **$701.50** |

## Professional Services

| | Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| AA | 04/25/13 | Janet Nesse | Draft demand letter to former counsel. | 450.00 | 0.50 | 225.00 |
| QL | 04/25/13 | Janet Nesse | Outline Summary Judgment Motion. | 450.00 | 1.00 | 450.00 |
| L | 04/30/13 | Phyllicia Tanenbaum | Discuss status with Mr. Block. | 265.00 | 0.10 | 26.50 |
| | | | **Total Professional Services** | | **1.60** | **$701.50** |

**nson Morrison Hecker LLP**　　　　　　　　　　**Invoice Detail**

File No. 0767595-0623　　　　　　　　　　　　　　　　　　　Page 2
Invoice No. 10049538

| Timekeeper Summary | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Title** | **Rate** | **Hours** | **Amount** |
| Janet Nesse | Partner | 450.00 | 2.00 | 900.00 |
| Phyllicia Tanenbaum | Associate | 265.00 | 12.80 | 3,392.00 |
| **Total Professional Services** | | | **14.80** | **$4,292.00** |

| Professional Services | | | | | |
|---|---|---|---|---|---|
| **Date** | **Timekeeper** | **Description** | **Rate** | **Hours** | **Amount** |
| 05/07/13 | Phyllicia Tanenbaum | Discuss status with Ms. Nesse and how to proceed with summary judgment and research case law in preparation. | 265.00 | 1.30 | 344.50 |
| 05/08/13 | Phyllicia Tanenbaum | Research case law and Maryland Code; draft motion for summary judgment, memo in support thereof and proposed order; discuss with Ms. Nesse; and edit documents. | 265.00 | 4.50 | 1,192.50 |
| 05/09/13 | Phyllicia Tanenbaum | Discuss research findings with Ms. Nesse; add case law and more research to summary judgment argument analyses; edit after further revision by Ms. Nesse; and research for definition of transfers in the 548 context and add case law to memo. | 265.00 | 2.90 | 768.50 |
| 05/10/13 | Janet Nesse | Finalize Summary Judgment Motion research new section. | 450.00 | 1.50 | 675.00 |
| 05/10/13 | Janet Nesse | Outline discovery and Sanction Motion. | 450.00 | 0.50 | 225.00 |
| 05/10/13 | Phyllicia Tanenbaum | Edit summary judgment documents after further revision and comments by Ms. Nesse; review deposition transcript; and finalize documents for filing. | 265.00 | 2.60 | 689.00 |
| 05/21/13 | Phyllicia Tanenbaum | Review case status for report for trustee, Ms. Nesse. | 265.00 | 0.20 | 53.00 |
| 05/22/13 | Phyllicia Tanenbaum | Review motion to extend time to respond to summary judgment motion and inform Ms. Nesse. | 265.00 | 0.10 | 26.50 |

**son Morrison Hecker LLP**                               **Invoice Detail**

File No. 0767595-0623                                            Page 3
Invoice No. 10049538

| Date | Timekeeper | | Description | Rate | Hours | Amount |
|------|-----------|---|-------------|------|-------|--------|
| 05/28/13 | Phyllicia Tanenbaum | L | Discuss status with trustee. | 265.00 | 0.10 | 26.50 |
| 05/29/13 | Phyllicia Tanenbaum | L | Discuss with Mr. Block; draft a joint motion to continue pretrial conference date and a proposed order; edit after revision by Mr. Block and send to opposing counsel for review and approval. | 265.00 | 0.80 | 212.00 |
| 05/30/13 | Phyllicia Tanenbaum | L | Finalize joint motion to continue pretrial conference for filing after approval by opposing counsel. | 265.00 | 0.20 | 53.00 |
| 05/31/13 | Phyllicia Tanenbaum | L | Discuss adversary proceeding status with Ms. Nesse and Mr. Block. | 265.00 | 0.10 | 26.50 |
| | **Total Professional Services** | | | | **14.80** | **$4,292.00** |

**Stinson Morrison Hecker LLP**                                          **Invoice Detail**

File No. 0767595-0623                                                              Page 2
Invoice No. 10052962

| Timekeeper Summary | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Title** | **Rate** | **Hours** | **Amount** |
| Phyllicia Tanenbaum | Associate | 265.00 | 15.90 | 4,213.50 |
| **Total Professional Services** | | | **15.90** | **$4,213.50** |

| Professional Services | | | | | |
|---|---|---|---|---|---|
| **Date** | **Timekeeper** | **Description** | **Rate** | **Hours** | **Amount** |
| 06/03/13 | Phyllicia Tanenbaum | Work on exhibit and witness lists and pre-trial memo. | 265.00 | 2.80 | 742.00 |
| 06/04/13 | Phyllicia Tanenbaum | Review opposition to summary judgment motion and draft a memo for Mr. Block; continue to prepare trial documents, including exhibits, lists of witnesses and exhibits, and pre-trial memo and discuss with Mr. Block. | 265.00 | 3.00 | 795.00 |
| 06/05/13 | Phyllicia Tanenbaum | Work on exhibits and pretrial memorandum; discuss with Ms. Nesse and Mr. Block; and review Newfield's proofs of claim filed. | 265.00 | 1.50 | 397.50 |
| 06/06/13 | Phyllicia Tanenbaum | Discuss with Ms. Nesse and Mr. Block; edit motion to deem certain paragraphs admitted after revision by Ms. Nesse and perform legal research for motion; and continue to work on trial documents. | 265.00 | 2.20 | 583.00 |
| 06/11/13 | Phyllicia Tanenbaum | Check status of filing of pretrial documents. | 265.00 | 0.20 | 53.00 |
| 06/12/13 | Phyllicia Tanenbaum | Review pretrial documents filed by opposing counsel. | 265.00 | 0.30 | 79.50 |
| 06/14/13 | Phyllicia Tanenbaum | Review and discuss defendant's proposed trial exhibits with Ms. Nesse and Mr. Block. | 265.00 | 0.50 | 132.50 |
| 06/17/13 | Phyllicia Tanenbaum | Review pretrial memorandum and exhibits from defendant; and finalize objections to defendant's proposed trial exhibits for filing. | 265.00 | 0.90 | 238.50 |

# Stinson Morrison Hecker LLP

## Invoice Detail

File No. 0767595-0623

Page 3

Invoice No. 10052962

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 06/18/13 | Phyllicia Tanenbaum | Discuss with Mr. Block and draft a stipulations of facts. | 265.00 | 1.40 | 371.00 |
| 06/20/13 | Phyllicia Tanenbaum | Review counsel's proposed stipulations and compare with SMH version and inform Mr. Block. | 265.00 | 0.80 | 212.00 |
| 06/21/13 | Phyllicia Tanenbaum | Work on stipulation, discuss with Mr. Block, and send to opposing counsel. | 265.00 | 0.50 | 132.50 |
| 06/26/13 | Phyllicia Tanenbaum | Prepare documents for Ms. Nesse for upcoming hearings. | 265.00 | 1.00 | 265.00 |
| 06/27/13 | Phyllicia Tanenbaum | Discuss status with Ms. Nesse. | 265.00 | 0.20 | 53.00 |
| 06/28/13 | Phyllicia Tanenbaum | Discuss status with Ms. Nesse and Mr. Block. | 265.00 | 0.60 | 159.00 |
| | | **Total Professional Services** | | 15.90 | $4,213.50 |

# Stinson Morrison Hecker LLP

**Invoice Detail**

File No. 0767595-0623
Invoice No. 10057040

Page 2

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Phyllicia Tanenbaum | Associate | 265.00 | 13.90 | 3,683.50 |
| **Total Professional Services** | | | **13.90** | **$3,683.50** |

## Professional Services

| Date | Timekeeper | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/05/13 | Phyllicia Tanenbaum | | Continue to prepare for trial. | 265.00 | 3.00 | 795.00 |
| 07/08/13 | Phyllicia Tanenbaum | | Review memo and order and summary judgment motion; discuss exhibits with Ms. Nesse; prepare for trial and assist Mr. Block. | 265.00 | 2.10 | 556.50 |
| 07/09/13 | Phyllicia Tanenbaum | | Prepare witness binders with questions and exhibits for Mr. Block; sit in on call with opposing counsel related to stipulations; finalize stipulations for filing; and assist Mr. Block with trial preparations. | 265.00 | 4.80 | 1,272.00 |
| 07/10/13 | Phyllicia Tanenbaum | | Prepare for and attend trial. | 265.00 | 4.00 | 1,060.00 |
| | **Total Professional Services** | | | | **13.90** | **$3,683.50** |

# Stinson Morrison Hecker LLP

**Invoice Detail**

File No. 0767595-0623
Invoice No. 10060665

Page 2

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Janet Nesse | Partner | 450.00 | 3.40 | 1,530.00 |
| Phyllicia Tanenbaum | Associate | 265.00 | 3.10 | 821.50 |
| **Total Professional Services** | | | **6.50** | **$2,351.50** |

## Professional Services

| Date | Timekeeper | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/09/13 | Janet Nesse | ∟ | Outline 2004 exam. | 450.00 | 0.60 | 270.00 |
| 08/09/13 | Phyllicia Tanenbaum | ∟ | Discuss with Ms. Nesse (0.2); follow up with TCInstallers, LLC regarding status of company (0.2); research ESS, LLC and draft a motion for Rule 2004 exam (1.4). | 265.00 | 1.80 | 477.00 |
| 08/12/13 | Phyllicia Tanenbaum | ∟ | Discuss with Ms. Nesse; edit 2004 motion of LLC after revision by Ms. Nesse and finalize for filing. | 265.00 | 0.30 | 79.50 |
| 08/16/13 | Janet Nesse | ∟ | Work on new possible adversary and on 2004 exam. | 450.00 | 2.10 | 945.00 |
| 08/22/13 | Janet Nesse | ∟ | Follow up on deposition and dates. | 450.00 | 0.70 | 315.00 |
| 08/22/13 | Phyllicia Tanenbaum | ∟ | Speak with LLC to reschedule Rule 2004 exam; discuss with Ms. Nesse; draft an amended notice of exam and finalize for filing after revision by Ms. Nesse; and follow up with LLC. | 265.00 | 0.90 | 238.50 |
| 08/26/13 | Phyllicia Tanenbaum | ∟ | Send LLC documents related to 2004 exam to counsel. | 265.00 | 0.10 | 26.50 |
| | **Total Professional Services** | | | | **6.50** | **$2,351.50** |

# Stinson Morrison Hecker LLP

**Invoice Detail**

File No. 0767595-0623
Invoice No. 10063299

Page 2

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Janet Nesse | Partner | 450.00 | 1.40 | 630.00 |
| Phyllicia Tanenbaum | Associate | 265.00 | 10.60 | 2,809.00 |
| **Total Professional Services** | | | **12.00** | **$3,439.00** |

## Professional Services

| Date | Timekeeper | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/03/13 | Phyllicia Tanenbaum | *L* | Review case status for report to trustee. | 265.00 | 0.20 | 53.00 |
| 09/12/13 | Janet Nesse | *AA* | Work on personal property issues. | 450.00 | 0.30 | 135.00 |
| 09/17/13 | Phyllicia Tanenbaum | *L* | Review information from LLC's counsel and follow up with counsel regarding document production. | 265.00 | 0.20 | 53.00 |
| 09/19/13 | Janet Nesse | *AA* | Additional research on change in election stock. | 450.00 | 1.10 | 495.00 |
| 09/20/13 | Phyllicia Tanenbaum | *L* | Review documents produced from LLC. | 265.00 | 0.40 | 106.00 |
| 09/24/13 | Phyllicia Tanenbaum | *L* | Begin reviewing documents produced by Essential Systems LLC. | 265.00 | 0.80 | 212.00 |
| 09/26/13 | Phyllicia Tanenbaum | *AA* | Research for registry documents (0.5); and continue to review documents produced by Essential Systems LLC (2.3). | 265.00 | 2.80 | 742.00 |
| 09/27/13 | Phyllicia Tanenbaum | *L* | Prepare exhibits for deposition of Essential Systems LLC. | 265.00 | 0.60 | 159.00 |
| 09/28/13 | Phyllicia Tanenbaum | *AA* | Complete reviewing documents produced by Essential Systems LLC. | 265.00 | 5.00 | 1,325.00 |
| 09/30/13 | Phyllicia Tanenbaum | *L* | Work on exhibit binders for upcoming deposition. | 265.00 | 0.60 | 159.00 |
| | | | **Total Professional Services** | | **12.00** | **$3,439.00** |

## Disbursements

**Stinson Morrison Hecker LLP**

**Invoice Detail**

File No. 0767595-0623
Invoice No. 10063299

Page 3

| Date | Description | Amount |
|------|-------------|--------|
| 09/23/13 | Photocopies, 14 copies by Tara Shankar | 2.80 |
| | **Total Disbursements** | **$2.80** |



**Stinson Morrison Hecker LLP**

**Invoice Detail**

File No. 0767595-0623

Page 2

Invoice No. 10067478

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Janet Nesse | Partner | 450.00 | 6.90 | 3,105.00 |
| Phyllicia Tanenbaum | Associate | 265.00 | 8.40 | 2,226.00 |
| **Total Professional Services** | | | **15.30** | **$5,331.00** |

## Professional Services

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/13 | Phyllicia Tanenbaum | Review documents produced by Essential Systems Solutions, LLC and prepare exhibit binders for upcoming deposition. | 265.00 | 3.50 | 927.50 |
| 10/02/13 | Phyllicia Tanenbaum | Finish preparing exhibits for upcoming deposition. | 265.00 | 0.50 | 132.50 |
| 10/03/13 | Janet Nesse | Prepare for and conduct 2004 examination. | 450.00 | 5.00 | 2,250.00 |
| 10/03/13 | Phyllicia Tanenbaum | Prepare for and attend deposition of Essential Systems Solutions, LLC and send information produced to counsel for Ms. Newfield. | 265.00 | 2.60 | 689.00 |
| 10/07/13 | Janet Nesse | Follow up with Carper on transfer. | 450.00 | 0.30 | 135.00 |
| 10/14/13 | Janet Nesse | Review deposition transcript. | 450.00 | 1.10 | 495.00 |
| 10/18/13 | Phyllicia Tanenbaum | Review exhibit from 2004 exam of Essential Systems LLC, discuss with Ms. Nesse, and update Mr. Block regarding opposing counsel's inquiry and request. | 265.00 | 0.50 | 132.50 |
| 10/21/13 | Janet Nesse | Analyze bulk sale issues. | 450.00 | 0.50 | 225.00 |
| 10/21/13 | Phyllicia Tanenbaum | Discuss with Ms. Nesse and research Maryland Bulk Sale Act. | 265.00 | 0.50 | 132.50 |
| 10/22/13 | Phyllicia Tanenbaum | Discuss bulk sales research with Ms. Nesse. | 265.00 | 0.20 | 53.00 |
| 10/29/13 | Phyllicia Tanenbaum | Update Ms. Nesse regarding status of adversary proceeding against McDonald's of Clinton. | 265.00 | 0.20 | 53.00 |

**Stinson Morrison Hecker LLP**                          **Invoice Detail**

File No. 0767595-0623                                          Page 3
Invoice No. 10067478

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 10/31/13 | Phyllicia Tanenbaum | Discuss status with Ms. Nesse and draft a line that trustee does not object to dismissal of adversary proceeding against McDonald's of Clinton. | 265.00 | 0.40 | 106.00 |
| | | **Total Professional Services** | | **15.30** | **$5,331.00** |

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 10/16/13 | Deposition as requested by Janet Nesse to Capital Reporting Company Invoice 116441 for Deposition Invoice - ESS | 573.75 |
| | **Total Disbursements** | **$573.75** |

**Stinson Morrison Hecker LLP**

**Invoice Detail**

File No. 0767595-0623

Page 2

Invoice No. 10071299

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Phyllicia Tanenbaum | Associate | 275.00 | 0.20 | 55.00 |
| **Total Professional Services** | | | **0.20** | **$55.00** |

### Professional Services

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/06/13 | Phyllicia Tanenbaum | Assist Mr. Carper in obtaining the court reporter's contact information. | 275.00 | 0.20 | 55.00 |
| | | **Total Professional Services** | | **0.20** | **$55.00** |

**Stinson Leonard Street LLP**                              **Invoice Detail**

File No. 0767595-0623                                                    Page 2
Invoice No. 30002667

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Phyllicia Tanenbaum | Associate | 275.00 | 0.30 | 82.50 |
| **Total Professional Services** | | | **0.30** | **$82.50** |

### Professional Services

| Date | Timekeeper | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/06/13 | Phyllicia Tanenbaum | L | Review case status for report to trustee. | 275.00 | 0.10 | 27.50 |
| 12/30/13 | Phyllicia Tanenbaum | L | Review status for report to trustee. | 275.00 | 0.20 | 55.00 |
| | **Total Professional Services** | | | | **0.30** | **$82.50** |

**Stinson Leonard Street LLP**                                           **Invoice Detail**

File No. 0767595-0623                                                          Page 2
Invoice No. 30008567

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Phyllicia Tanenbaum | Associate | 275.00 | 0.10 | 27.50 |
| **Total Professional Services** | | | **0.10** | **$27.50** |

### Professional Services

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/07/14 | Phyllicia Tanenbaum | Discuss status with the trustee and how to proceed. | 275.00 | 0.10 | 27.50 |
| | | **Total Professional Services** | | **0.10** | **$27.50** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 08/26/13 | Service of summons as requested by | 160.51 |
| | **Total Disbursements** | **$160.51** |

**Stinson Leonard Street LLP**                                    **Invoice Detail**

File No. 0767595-0623                                                        Page 2
Invoice No. 30015789

| Timekeeper Summary | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Title** | **Rate** | **Hours** | **Amount** |
| Phyllicia Tanenbaum | Associate | 275.00 | 4.10 | 1,127.50 |
| **Total Professional Services** | | | **4.10** | **$1,127.50** |

| Professional Services | | | | | |
|---|---|---|---|---|---|
| **Date** | **Timekeeper** | **Description** | **Rate** | **Hours** | **Amount** |
| 02/10/14 | Phyllicia Tanenbaum | Review and send Mr. Block documents for mediator (0.3); draft mediation documents to file with the Court, edit after revision by Mr. Block (0.7). | 275.00 | 1.00 | 275.00 |
| 02/11/14 | Phyllicia Tanenbaum | Edit mediation documents and finalize for filing and review report of assets in the estate. | 275.00 | 0.40 | 110.00 |
| 02/12/14 | Phyllicia Tanenbaum | Review orders for mediation and finalize certificate of service for filing. | 275.00 | 0.20 | 55.00 |
| 02/14/14 | Phyllicia Tanenbaum | Speak with McDonald's counsel for payment overdue and update Ms. Nesse and Mr. Block. | 275.00 | 0.50 | 137.50 |
| 02/17/14 | Phyllicia Tanenbaum | Redact estate records and send to Mr. Block (0.2); and review case status for report to trustee (0.1). | 275.00 | 0.30 | 82.50 |
| 02/28/14 | Phyllicia Tanenbaum | Review settlement terms; draft 9019 documents in adversary proceeding and edit after revision by Mr. Block. | 275.00 | 1.70 | 467.50 |
| | | **Total Professional Services** | | **4.10** | **$1,127.50** |

| Historical Information | |
|---|---|
| Total Inception to Date Professional Services: | 64,995.50 |
| Total Inception to Date Disbursements: | 1,333.08 |
| Total Inception to Date: | $66,328.58 |
| Total Inception to Date Payments Applied: | $0.00 |
| Total Inception to Date Adjustments: | $0.00 |

**Stinson Leonard Street LLP**

**Invoice Detail**

File No. 0767595-0623

Invoice No. 30019038

Page 2

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Phyllicia Tanenbaum | Associate | 275.00 | 2.40 | 660.00 |
| **Total Professional Services** | | | **2.40** | **$660.00** |

## Professional Services

| Date | Timekeeper | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/04/14 | Phyllicia Tanenbaum | *L* | Work on 9019 documents; draft a 9019-2(g) notice of award of final compensation; and edit all after revision by Mr. Block and finalize for filing. | 275.00 | 1.70 | 467.50 |
| 03/20/14 | Phyllicia Tanenbaum | *CA* | Look into address correction for creditor and draft a line regarding change of address. | 275.00 | 0.60 | 165.00 |
| 03/21/14 | Phyllicia Tanenbaum | *CA* | Discuss line regarding address change with Mr. Block and finalize for filing. | 275.00 | 0.10 | 27.50 |
| | | | **Total Professional Services** | | **2.40** | **$660.00** |

## Historical Information

| | |
|---|---|
| Total Inception to Date Professional Services: | 65,655.50 |
| Total Inception to Date Disbursements: | 1,333.08 |
| Total Inception to Date: | $66,988.58 |
| Total Inception to Date Payments Applied: | $0.00 |
| Total Inception to Date Adjustments: | $0.00 |

# Stinson Leonard Street LLP

**Invoice Detail**

File No. 0767595-0623
Invoice No. 30028065

Page 2

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Phyllicia Tanenbaum | Associate | 275.00 | 0.10 | 27.50 |
| **Total Professional Services** | | | **0.10** | **$27.50** |

## Professional Services

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/01/14 | Phyllicia Tanenbaum | Determine amount due mediator and inform Ms. Kim. | 275.00 | 0.10 | 27.50 |
| | | **Total Professional Services** | | **0.10** | **$27.50** |

## Historical Information

| | |
|---|---|
| Total Inception to Date Professional Services: | 65,683.00 |
| Total Inception to Date Disbursements: | 1,333.08 |
| Total Inception to Date: | $67,016.08 |
| Total Inception to Date Payments Applied: | $0.00 |
| Total Inception to Date Adjustments: | $0.00 |

**Stinson Leonard Street LLP**

**Invoice Detail**

Page 2

File No. 0767595-0623
Invoice No. 30035149

| | Timekeeper Summary | | | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Title** | | **Rate** | **Hours** | **Amount** |
| Janet Nesse | Partner | | 450.00 | 0.40 | 180.00 |
| **Total Professional Services** | | | | **0.40** | **$180.00** |

| | Professional Services | | | | |
|---|---|---|---|---|---|
| **Date** | **Timekeeper** | **Description** | **Rate** | **Hours** | **Amount** |
| 05/30/14 | Janet Nesse | Contact Carper. | 450.00 | 0.40 | 180.00 |
| | | **Total Professional Services** | | **0.40** | **$180.00** |

**Historical Information**

Total Inception to Date Professional Services:   65,863.00
Total Inception to Date Disbursements:          1,333.08
Total Inception to Date:                       $67,196.08

Total Inception to Date Payments Applied:       $0.00

Total Inception to Date Adjustments:            $0.00

**Stinson Leonard Street LLP**                                    **Invoice Detail**

File No. 0767595-0623                                                Page 2
Invoice No. 30041125

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Phyllicia Tanenbaum | Associate | 275.00 | 0.10 | 27.50 |
| **Total Professional Services** | | | **0.10** | **$27.50** |

## Professional Services

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/12/14 | Phyllicia Tanenbaum | Review case status for report to Trustee. | 275.00 | 0.10 | 27.50 |
| | **Total Professional Services** | | | **0.10** | **$27.50** |

## Historical Information

| | |
|---|---|
| Total Inception to Date Professional Services: | 65,890.50 |
| Total Inception to Date Disbursements: | 1,333.08 |
| Total Inception to Date: | $67,223.58 |
| Total Inception to Date Payments Applied: | $0.00 |
| Total Inception to Date Adjustments: | $0.00 |

# Stinson Leonard Street LLP

**Invoice Detail**

File No. 0767595-0623
Invoice No. 30053755

Page 2

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Janet Nesse | Partner | 450.00 | 2.10 | 945.00 |
| Phyllicia Tanenbaum | Associate | 275.00 | 0.20 | 55.00 |
| **Total Professional Services** | | | **2.30** | **$1,000.00** |

## Professional Services

| Date | Timekeeper | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/04/14 | Janet Nesse | _F_ | Outline fee application. | 450.00 | 1.00 | 450.00 |
| 08/04/14 | Janet Nesse | _CA_ | Outline tax issues. | 450.00 | 1.10 | 495.00 |
| 08/04/14 | Phyllicia Tanenbaum | _L_ | Review case status for report to trustee. | 275.00 | 0.10 | 27.50 |
| 08/11/14 | Phyllicia Tanenbaum | _L_ | Discuss status with the trustee and how to proceed. | 275.00 | 0.10 | 27.50 |
| | **Total Professional Services** | | | | **2.30** | **$1,000.00** |

## Historical Information

| | |
|---|---|
| Total Inception to Date Professional Services: | 66,890.50 |
| Total Inception to Date Disbursements: | 1,333.08 |
| Total Inception to Date: | $68,223.58 |
| Total Inception to Date Payments Applied: | $0.00 |
| Total Inception to Date Adjustments: | $0.00 |

# Stinson Leonard Street LLP

**Invoice Detail**

File No. 0767595-0623
Invoice No. 30055962

Page 2

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Phyllicia Tanenbaum | Associate | 275.00 | 0.20 | 55.00 |
| **Total Professional Services** | | | **0.20** | **$55.00** |

## Professional Services

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/22/14 | Phyllicia Tanenbaum *CA* | Review inquiry from creditor's counsel and inform Ms. Nesse. | 275.00 | 0.10 | 27.50 |
| 09/23/14 | Phyllicia Tanenbaum *L* | Review status for report to Trustee. | 275.00 | 0.10 | 27.50 |
| | | **Total Professional Services** | | **0.20** | **$55.00** |

## Historical Information

| | |
|---|---|
| Total Inception to Date Professional Services: | 66,945.50 |
| Total Inception to Date Disbursements: | 1,333.08 |
| Total Inception to Date: | $68,278.58 |
| Total Inception to Date Payments Applied: | $0.00 |
| Total Inception to Date Adjustments: | $0.00 |

**Stinson Leonard Street LLP**                                    **Invoice Detail**

File No. 0767595-0623                                                          Page 2
Invoice No. 30065549

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Janet Nesse | Partner | 450.00 | 0.60 | 270.00 |
| Phyllicia Tanenbaum | Associate | 275.00 | 0.20 | 55.00 |
| **Total Professional Services** | | | **0.80** | **$325.00** |

## Professional Services

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/21/14 | Phyllicia Tanenbaum | Check status regarding McDonald's and update Ms. Nesse. | 275.00 | 0.20 | 55.00 |
| 10/24/14 | Janet Nesse | Demand and discussion - Carper. | 450.00 | 0.60 | 270.00 |
| | | **Total Professional Services** | | **0.80** | **$325.00** |

## Historical Information

Total Inception to Date Professional Services:       67,270.50
Total Inception to Date Disbursements:                  1,333.08
Total Inception to Date:                                    $68,603.58

Total Inception to Date Payments Applied:            $0.00

Total Inception to Date Adjustments:                    $0.00

**Stinson Leonard Street LLP**                                        **Invoice Detail**

File No. 0767595-0623                                                 Page 2
Invoice No. 30071274

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Janet Nesse | Partner | 450.00 | 1.30 | 585.00 |
| **Total Professional Services** | | | **1.30** | **$585.00** |

## Professional Services

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 11/04/14 | Janet Nesse | Follow up Caper - bulk sale. | 450.00 | 0.20 | 90.00 |
| 11/18/14 | Janet Nesse | Work on fee application. | 450.00 | 1.10 | 495.00 |
| | | **Total Professional Services** | | **1.30** | **$585.00** |

## Historical Information

| | |
|---|---|
| Total Inception to Date Professional Services: | 67,855.50 |
| Total Inception to Date Disbursements: | 1,333.08 |
| Total Inception to Date: | $69,188.58 |
| Total Inception to Date Payments Applied: | $0.00 |
| Total Inception to Date Adjustments: | $0.00 |

**Stinson Leonard Street LLP**

**Invoice Detail**

File No. 0767595-0623
Invoice No. 30071274

Page 3

## Statement of Outstanding Invoices As of December 8, 2014

| Date | Invoice No. | Amount | Payments | Balance |
|------|-------------|--------|----------|---------|
| 04/20/12 | 9996458 | 3,283.00 | (0.00) | 3,283.00 |
| 05/18/12 | 10000404 | 2,763.90 | (0.00) | 2,763.90 |
| 06/21/12 | 10004510 | 3,763.60 | (0.00) | 3,763.60 |
| 07/20/12 | 10008094 | 3,531.90 | (0.00) | 3,531.90 |
| 08/15/12 | 10011108 | 6,519.12 | (0.00) | 6,519.12 |
| 09/14/12 | 10015111 | 1,700.00 | (0.00) | 1,700.00 |
| 10/10/12 | 10017955 | 2,996.00 | (0.00) | 2,996.00 |
| 11/09/12 | 10022075 | 2,589.80 | (0.00) | 2,589.80 |
| 12/07/12 | 10026125 | 5,797.20 | (0.00) | 5,797.20 |
| 01/17/13 | 10030003 | 3,745.60 | (0.00) | 3,745.60 |
| 02/15/13 | 10033713 | 300.40 | (0.00) | 300.40 |
| 03/14/13 | 10037088 | 1,607.50 | (0.00) | 1,607.50 |
| 04/08/13 | 10039005 | 1,689.00 | (0.00) | 1,689.00 |
| 05/21/13 | 10045924 | 701.50 | (0.00) | 701.50 |
| 06/18/13 | 10049538 | 4,292.00 | (0.00) | 4,292.00 |
| 07/15/13 | 10052962 | 4,213.50 | (0.00) | 4,213.50 |
| 08/16/13 | 10057040 | 3,683.50 | (0.00) | 3,683.50 |
| 09/16/13 | 10060665 | 2,351.50 | (0.00) | 2,351.50 |
| 10/10/13 | 10063299 | 3,441.80 | (0.00) | 3,441.80 |
| 11/08/13 | 10067478 | 5,904.75 | (0.00) | 5,904.75 |
| 12/06/13 | 10071299 | 55.00 | (0.00) | 55.00 |
| 01/21/14 | 30002667 | 82.50 | (0.00) | 82.50 |
| 02/13/14 | 30008567 | 188.01 | (0.00) | 188.01 |
| 03/17/14 | 30015789 | 1,127.50 | (0.00) | 1,127.50 |
| 04/08/14 | 30019038 | 660.00 | (0.00) | 660.00 |
| 05/14/14 | 30028065 | 27.50 | (0.00) | 27.50 |
| 06/18/14 | 30035149 | 180.00 | (0.00) | 180.00 |
| 07/17/14 | 30041125 | 27.50 | (0.00) | 27.50 |
| 09/15/14 | 30053755 | 1,000.00 | (0.00) | 1,000.00 |
| 10/06/14 | 30055962 | 55.00 | (0.00) | 55.00 |
| 11/10/14 | 30065549 | 325.00 | (0.00) | 325.00 |
| 12/08/14 | 30071274 | 585.00 | (0.00) | 585.00 |

**Total Balance Due:**                                                                          **$69,188.58**